

United States District Court
Eastern District of California

| MISAEL RAMOS, et al. |
| --- |

Plaintiff(s)

Case Number: 1:26-cv-01071-SKO

V.

| FRESNO COMMUNITY HOSPITAL, et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrea J. Steele hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Boston Scientific Corporation

On ____09/19/2012____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of Missouri____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____02/13/2026____    Signature of Applicant: /s/ Andrea J. Steele

**Pro Hac Vice Attorney**

Applicant's Name: Andrea J. Steele

Law Firm Name: Shook, Hardy & Bacon, L.L.P.

Address: 2555 Grand Blvd.

City: Kansas City　　State: MO　　Zip: 64108

Phone Number w/Area Code: (816) 474-6650

City and State of Residence: Belton, MO

Primary E-mail Address: asteele@shb.com

Secondary E-mail Address: murizar@shb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mayela C. Montenegro-Urch

Law Firm Name: Shook, Hardy & Bacon, L.L.P.

Address: Jamboree Center

5 Park Plaza, Suite 1600

City: Irvine　　State: CA　　Zip: 92614

Phone Number w/Area Code: (949) 475-1500　　Bar # 304471

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/17/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT