Warren R. Paboojian, No. 128462
wrp@paboojianlaw.com
Jason S. Bell, No. 213234
jsb@paboojianlaw.com
PABOOJIAN & BELL, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiffs
MISAEL RAMOS; GERALD RAMOS; and
MICHAEL RAMOS, an individual, and as
Successor in Interest to the Estate of
Remedios Ramos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL RAMOS; GERALD RAMOS; and MICHAEL RAMOS, an individual, and as Successor in Interest to the Estate of Remedios Ramos,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER dba FRESNO HEART AND SURGICAL HOSPITAL; THAMPI JOHN, M.D.; BOSTON SCIENTIFIC CORPORATION; and DOES 1 to 25,<br><br>Defendants. | Case No. 1:26-cv-01071-KES-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 144, the Parties in the above-captioned action hereby stipulate that Plaintiffs' deadline to respond to Defendant Boston Scientific Corporations's motion to dismiss plaintiffs' first amended complaint is extended from April 10, 2026 to April 17, 2026.

No other stipulations for extension of time have been filed with respect to said opposition to said motion.

IT IS HEREBY STIPULATED, by and between counsel of record, pending this Court's approval, that the deadline for Plaintiffs to oppose Boston Scientific's Motion to Dismiss the First Amended Complaint be extended from April 10, 2026 to April 17, 2026.

---

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FAC

**IT IS SO STIPULATED.**

DATED:  April 2, 2026                    PABOOJIAN & BELL, INC.


By:    /s/  Jason S. Bell
        Warren R. Paboojian
        Jason S. Bell
        Attorneys for Plaintiffs
        MISAEL RAMOS; GERALD RAMOS; and
        MICHAEL RAMOS, an individual, and as
        Successor in Interest to the Estate of
        Remedios Ramos


DATED:  April 2, 2026                    SHOOK, HARDY & BACON L.L.P..


By:    /s/  Andrea J. Steele
        Michelle M. Fujimoto
        Mayela C. Montenegro-Urch
        Andrea J. Steele (*pro hac vice*)
        Attorneys for Defendant
        BOSTON SCIENTIFIC CORPORATION

PABOOJIAN & BELL, INC.
720 West Alluvial Avenue
Fresno, CA 93711

2

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BOSTON
SCIENTIFIC CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FAC

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Stipulation is GRANTED. Plaintiffs' deadline to respond to Defendant Boston Scientific Corporation's motion to dismiss plaintiffs' first amended complaint is extended from April 10, 2026 to April 17, 2026.

IT IS SO ORDERED.

Dated:   April 3, 2026

_____
UNITED STATES DISTRICT JUDGE

PABOOJIAN & BELL, INC.
720 West Alluvial Avenue
Fresno, CA 93711

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FAC